# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIM M. TURNER, | ) Case No. CV 16-6141-RGK (JPR) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that judgment be entered affirming the decision of the Commissioner and denying Plaintiff's motion for judgment on the pleadings and request for remand.

DATED: September 20, 2017

R. GARY KLAUSNER
U.S. DISTRICT JUDGE