**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM M. TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 16-6141-RGK (JPR)<br><br>**J U D G M E N T** |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the decision of the Commissioner and remanding under sentence four of 42 U.S.C. § 405(g) for further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: September 20, 2017

                                          R. GARY KLAUSNER
                                          U.S. DISTRICT JUDGE